Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Kristin P. Kyle de Bautista, State Bar No. 221750
E-Mail: kristin@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
MARKUS KALTENBACH

Cindy M. Rucker, State Bar No. 272465
E-mail: crucker@maynardnexsen.com
Karen Tsui, State Bar No. 305869
E-mail: ktsui@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067
Telephone: (310) 596-4500

Attorneys for Defendant,
HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS KALTENBACH,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.: 5:24-cv-07421-EKL<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON**<br><br>Honorable Eumi K. Lee |

Plaintiff Markus Kaltenbach and Defendant Hartford Life & Accident Insurance Company, by and through their respective counsel of record whose signatures appear below, hereby stipulate and request that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs, except as otherwise outlined in the parties' settlement agreement and release.

/ / /

| | | |
|---|---|---|
| DATED: June 20, 2025 | | ROBERTS DISABILITY LAW, P.C. |
| | By: | /s/ Kristin P. Kyle de Bautista |
| | | Kristin P. Kyle de Bautista |
| | | Attorneys for Plaintiff, |
| | | Markus Kaltenbach |

DATED: June 20, 2025                    MAYNARD NEXSEN LLP

                                      By:    /s/ Cindy M. Rucker
                                                Cindy M. Rucker
                                                Karen Tsui
                                                Attorneys for Defendant,
                                                Hartford Life & Accident Insurance Company

### Filer's Attestation

*Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, Kristin P. Kyle de Bautista hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

DATED: June 5, 2025                    ROBERTS DISABILITY LAW, P.C.

                                      By:    /s/ Kristin P. Kyle de Bautista
                                                Kristin P. Kyle de Bautista
                                                Attorneys for Plaintiff,
                                                Markus Kaltenbach

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This action is dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 23, 2025



_____
UNITED STATES DISTRICT JUDGE
HON. EUMI K. LEE